No. 566. FIELDS ET AL. *v.* CITY OF FAIRFIELD. Appeal from the Supreme Court of Alabama. Probable jurisdiction noted. The Solicitor General is invited to file a brief expressing the views of the United States. *Melvin L. Wulf* and *Charles Morgan, Jr.* for appellants. *Frank B. Parsons* for appellee.

No. 665. FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF PUERTO RICO *v.* NOGUERA, SECRETARY OF THE TREASURY OF PUERTO RICO. Supreme Court of Puerto Rico. Certiorari denied. *Walter L. Newsom, Jr.* for petitioner. *J. B. Fernandez Badillo,* Solicitor General of Puerto Rico, and *Americo Serra,* Assistant Solicitor General, for respondent.

No. 702. CENTRAL FEDERAL SAVINGS & LOAN ASSOCIATION OF PUERTO RICO *v.* NOGUERA, SECRETARY OF THE TREASURY OF PUERTO RICO. Supreme Court of Puerto Rico. Certiorari denied. *Walter L. Newsom, Jr.* for petitioner. *J. B. Fernandez Badillo,* Solicitor General of Puerto Rico, and *Americo Serra,* Assistant Solicitor General, for respondent.